MUTUAL CHEMICAL COMPANY OF AMERICA, APPELLANT,
v. ROCCO MINNITI ET AL., RESPONDENTS.

Argued May 17, 1939—Decided September 22, 1939.

For the appellant, *George T. Vickers.*

For the respondents, *Chazin & Chazin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, BODINE, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 10.

*For reversal*—THE CHIEF JUSTICE, HEHER, JJ. 2.